**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Konbeh Koroma,<br><br>  Plaintiff,<br><br>v.<br><br>County of Maricopa, et al.,<br><br>  Defendants. | No. CV-24-01279-PHX-KML (MTM)<br><br>**ORDER** |

On October 17, 2025, plaintiff Konbeh Koroma was granted a twenty-one-day extension to file a notice of substitution regarding the Doe Defendants. (Doc. 31.) No notice was filed by the deadline. On December 29, 2025, Magistrate Judge Michael T. Morrissey issued a Report and Recommendation (R&R) recommending the Doe Defendants be dismissed. (Doc. 45 at 2.) Koroma filed an objection that claims he provided a notice of substitution to prison officials on October 27, 2025. The notice allegedly sought to substitute two of the four Doe Defendants. Koroma included a form supporting his claim that he gave prison officials the notice in late October. (Doc. 48 at 5.) The present record indicates the failure to file the notice of substitution may have been due to a filing error by a prison official, not Koroma.

Accepting that Korma gave the notice to prison officials, the R&R must be accepted in part and rejected in part. Korma admits he only attempted to substitute two of the four Doe Defendants, so the R&R dismissing two Doe Defendants is accepted. But the R&R is rejected regarding the two Doe Defendants Koroma allegedly identified in his mishandled

1  notice. Defense counsel is ordered to file a statement indicating if they will accept service
2  on behalf of those two individuals: "Nicole Lawler CH 513" and "Elberta Todecheene CH
3  472." (Doc. 48 at 2.) If defense counsel cannot accept service on their behalf, counsel must
4  file a notice containing the last known mailing address for both individuals. That notice
5  may be filed under seal.

6        **IT IS ORDERED** the Report and Recommendation (Doc. 45) is **ADOPTED IN
7  PART** and **REJECTED IN PART**.

8        **IT IS FURTHER ORDERED** no later than **February 13, 2026**, plaintiff shall file
9  a notice of substitution identifying which of the four Doe Defendants the identified
10 individuals are being substituted for.

11       **IT IS FURTHER ORDERED** no later than **February 13, 2026**, defense counsel
12 shall file a notice stating whether they will waive service on behalf of "Nicole Lawler CH
13 513" and "Elberta Todecheene CH 472." If counsel will not waive service, the notice must
14 include those individuals' last known mailing addresses. If it contains mailing addresses,
15 the notice may be filed under seal.

16       Dated this 30th day of January, 2026.

*[signature]*

Honorable Krissa M. Lanham
United States District Judge